IN THE MATTER OF DISCIPLINARY ACTION AGAINST
WALTER BOGUSLAWSKI, PATROLMAN, HOWELL
TOWNSHIP POLICE DEPARTMENT.

January 29, 1985.

Petition for certification denied.

JAMES CHRISTAKOS AND GEORGE PATRIANKOS v.
THOMAS NOURAGAS.

January 29, 1985.

Petition for certification denied.

FRANK A. ALESSI v. DOLORES ALESSI.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES PETTINEO.

January 29, 1985.

Petition for certification denied.